UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:01-cr-00041-TWP-TAB |
| ) | |
| GEORGE G SANCHEZ, JR., ) | -04 |
| ) | |
| Defendant. ) | |

## ORDER

Defendant filed a pro motion that the Court construes as a motion for compassionate release under Section 603 of the First Step Act, which is codified at 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 88. He also filed a motion asking the Court to appoint counsel to represent him. Dkt. 89. The motions do not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, the motions, dkt. [88] and [89], are **denied without prejudice**.

If Defendant wishes to pursue a motion for compassionate release, Defendant may do so by completing and returning the enclosed form motion. If Defendant files a pro se motion for compassionate release, the Court will evaluate whether to appoint counsel. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/17/2020

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

George G. Sanchez
Reg. No. 16647-112
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

All Electronically Registered Counsel